FILED by __KS__ D.C.

Jul 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
# 21-80107-CR-ROSENBERG/REINHART
Case No._____

**18 U.S.C. §§ 2251(a) and (e)**
**18 U.S.C.  § 2422(b)**
**18 U.S.C. §§ 2252(a)(2) & (b)(1)**
**18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)**
**18 U.S.C.  § 2253**

**UNITED STATES OF AMERICA**

**vs.**

**DENNIS POLLARD,**

        **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. §§ 2251(a) and (e)
### (Attempted Production of Child Pornography)

Between on or about September 24, 2020 and on or about September 27, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### DENNIS POLLARD,

did knowingly and intentionally attempt to use, persuade, induce, and entice a minor, that is Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the Defendant knew and had reason to know that such visual depiction would have been transported and transmitted using any means and facility of foreign commerce, the visual depiction was attempted to be produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction would have been transported and transmitted using

any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 2
### 18 U.S.C. § 2422(b)
### (Attempted Enticement of Minor to Engage in Sexual Activity)

From on or about September 24, 2020 through on or about September 27, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DENNIS POLLARD,**

using any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, and entice an individual, Minor Victim 1, who had not attained the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
### 18 U.S.C. §§ 2252(a)(2) & (b)(1)
### (Receipt of Child Pornography)

On or about September 25, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**DENNIS POLLARD,**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 4
### 18 U.S.C. §§ 2252(a)(2) & (b)(1)
### (Distribution of Child Pornography)

On or about September 25, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### DENNIS POLLARD,

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 5
### 18 U.S.C. §§ 2252(a)(2) & (b)(1)
### (Distribution of Child Pornography)

On or about September 25, 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### DENNIS POLLARD,

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United State Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 6
### 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
### (Possession of Child Pornography)

On or about June 3, 2021, in Palm Beach County, in the Southern District of Florida, the

defendant,

### DENNIS POLLARD,

did knowingly possess matter which contained any visual depiction that had been shipped and

transported using any means and facility of interstate and foreign commerce, and in and affecting

interstate and foreign commerce, and which was produced using materials which had been so

shipped and transported, by any means including by computer, and the production of such visual

depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18,

United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation

of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such

visual depiction involved a prepubescent minor and a minor who had not attained twelve years of

age.

### FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for alleging forfeiture to the United States of America of certain property in

which the defendant, **DENNIS POLLARD,** has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Sections 2251

and/or 2252, as alleged in this Indictment, the defendant, shall forfeit to the United States, pursuant

to Title 18, United States Code, Section 2253(a):

(a)      Any visual depiction described in Title 18, United States Code, Sections 2251,

2251A, or 2252 or any book, magazine, periodical, film, videotape, or other matter which

4

contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)    any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

(c)    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DENNIS POLLARD

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)

| | | |
|---|---|---|
| ___ Miami | ___ Key West | |
| ___ FTL ✓ | ___ WPB ___ FTP | |

New defendant(s)          Yes _____   No  _____
Number of new defendants  _____
Total number of counts    _____

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    No
    List language and/or dialect    _____

4.  This case will take __5__ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | ✓ |
| V | 61 days and over | | | |

6.  Has this case previously been filed in this District Court?    (Yes or No)   No
    If yes: Judge _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)   No
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of    June 3, 2021
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes _____   No ✓

8.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes _____   No ✓

9.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?    Yes _____   No ✓

*Gregory Schiller*
ASSISTANT UNITED STATES ATTORNEY
GREGORY SCHILLER

\*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   DENNIS POLLARD

**Case No:**

Count #: 1

Attempted Production of Child Pornography

Title 18, United States Code, Sections 2251(a) & (e)

**\*Max. Penalty:**   30 Years' Imprisonment (15 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years' up to Life, $5000 Special Assessment, a $100 Special Assessment and Restitution

Count #: 2

Attempted Enticement Of A Minor To Engage In Sexual Activity

Title 18, United States Code, Section 2422(b)

**\*Max. Penalty:**   Life Imprisonment (10 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years' up to Life, $5000 Special Assessment, a $100 Special Assessment and Restitution

Count #: 3-5

Distribution and Receipt of Child Pornography

Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

**\*Max. Penalty:**   20 Years' Imprisonment (5 year minimum mandatory), $250,000 fine, Supervised Release of 5 Years' up to Life, $5000 Special Assessment, a $100 Special Assessment and Restitution

Count #: 6

Possession of Child Pornography

Title 18, United States Code, Sections 2252(a)(4)(B) & (b)(2)

**\*Max. Penalty:**   10 Years' Imprisonment, $250,000 fine, Supervised Release of 5 Years up to Life, $5000 Special Assessment, a $100 Special Assessment and Restitution

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**