**U.S. Department of Justice**
United States Attorneys

# United States District Court
## for the Southern District of Florida

NO. 21-CR-80107-RLR

**UNITED STATES OF AMERICA**

v.

DENNIS POLLARD /

Inmate Name: DENNIS POLLARD

Inmate #: 20210603034

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:  ANY UNITED STATES MARSHAL, and

WARDEN, Palm Beach County Jail

It appearing from the petition of the United States of America that the defendant in the above case, DENNIS POLLARD is confined in the Palm Beach County Jail at 3225 Gun Club Road, West Palm Beach, FL and that this case is set for an Initial Appearance as to the defendant at 701 Clematis Street, West Palm Beach, FL 33401 _____, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of DENNIS POLLARD now in custody as aforesaid, under safe and secure conduct, before this Court at 701 Clematis Street, West Palm Beach, FL 33401 by or before, 10:00 A M., on August 2, 2021 for a n initial appearance on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Palm Beach County Jail at 3225 Gun Club Road, West Palm Beach, FL 33401 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami Florida, this 30 day of July, 2021

UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney (AUSA Gregory Schiller )
U.S. Marshal (3 certified copies)
Chief Probation Officer

U.S. Department of Justice
United States Attorneys

# United States District Court
## for the Southern District of Florida

NO. 21-CF-80107-RLR

**UNITED STATES OF AMERICA**

Inmate Name: DENNIS POLLARD

v.

Inmate #: 20210603034

DENNIS POLLARD         /

### PETITION WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by its United States Attorney, shows to the Court:

1. An Initial Appearance is pending in this Court against DENNIS POLLARD the above styled case, and it is set for as to the defendant on August 2, 2020 at 10am at 701 Clematis Street, West Palm Beach, FL 33401

2. The defendant is now confined in the Palm Beach County Jail at 3225 Gun Club Road, West Palm Beach, FL 33401

3. It is necessary to have the defendant before this Court for a n Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the defendant and have the defendant before this Court at the time and place above specified for said Initial Appearance and upon completion of all proceedings to return the defendant to the custody of the Warden of the aforesaid penal institution; and also directing the Warden to deliver the defendant into the custody of any United States Marshal for this purpose.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: *Gregory Schiller*
Gregory Schiller
ASSISTANT UNITED STATES ATTORNEY

cc:   U.S. Attorney (AUSA Gregory Schiller )