UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.     21-cr-80107-RLR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DENNIS POLLARD, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.    1.    Attached, please find a copy of any written statements made by the defendant in the form of notes and Facebook communications.

2. Attached is the portion of the written, audio and transcribed record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent.

3. No defendant testified before the Grand Jury.

4. The defendant's prior criminal record, if any exists, will be made available upon receipt by this office.

5. Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. Please call the undersigned within 48 hours if you intent to review the evidence to set up a date and time that is convenient to both parties, including the following as they contain child sexual abuse material:

       i.    Full Facebook Extraction of the dennis.pollard.5602 account;

1

      ii.      Full Facebook Extraction of the dennis.pollard.9279 account;
     iii.     Ten (10) CD/DVD's seized from defendant's residence;
     iv.     Gold Motorola XT1765 cellular phone;
      v.     Bronze & Black LG MS550 cellular phone;
     vi.     Silver Alcatel Onetouch cellular phone;
     vii.    Black Samsung cellular phone; and
    viii.    Black Motorola G7 cellular phone.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo array or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity and which is summarized in the attached documents. Specifically, the government may introduce evidence that in 2015 and 2016 the defendant used his dennis.pollard.5602 Facebook account, and in 2020 the defnednat used his dennis.pollard.9279 Facebook account, to both solicit children to engage in sexual acts and attempt to produce, receipt, distribute and possess child sexual abuse material, all of which is attached to this the attachments to this discovery filing.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment, except for the child sexual abuse material within the devices seized from the defendant's residence and in his Facebook accounts.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government hereby requests that the defense stipulate to the business records provided in discovery with the following Bates Numbers:

000014-000560 are true copies of business records of T-Mobile;
000571-000803 are true copies of business records of Facebook;
000966-000975 are true copies of business records of Facebook;
000976-000990 are true copies of business records of Google;
000991-001011 are true copies of business records of MoneyGram;
001012-001684 are true copies of business records of T-Mobile;
001685-001688 are true copies of business records of Comcast;
001739-011169 are true copies of business records of Facebook;

>The records were made at or near the time of the transaction by, or from information transmitted by, a person with knowledge of that transaction; the records were kept in the course of a regularly conducted activity of a business, organization, occupation, or calling; and making the record was a regular practice of that activity.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response included on an encrypted flash drive labeled, "POLLARDRSD1":

1. One (1) .PDF file entitled, "US v. Pollard, 21CR80107RLR - RSDO 1_Redacted," Bates Numbered 000001 – 011169;
2. One (1) .MP3 audio file entitled, "Interview – Pollard," containing the audio interview of the defendant by law enforcement; and
3. One (1) folder entitled, "Recorded Phone Calls" containing eight (8) .WAV audio recorded phone calls initiated by the defendant.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No.
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                              *s/Gregory Schiller*
                              Gregory Schiller
                              Assistant United States Attorney

## SERVICE LIST
United States v. Dennis Pollard
Case No. **21-CR-80107-RLR**
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Dennis Pollard | Scott Berry<br>Assistant Federal Public Defender<br>450 Australian Ave., Suite 500<br>West Palm Beach, FL 33401<br>Email: Scott_Berry@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |