UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2021-CR-80107-RLR

UNITED STATES OF AMERICA

v.

DENNIS POLLARD,

    Defendant.
_____/

## UNITED STATES' MOTION TO ALLOW USE OF AN ANIMAL-ASSISTED THERAPYDOG IN COURTROOM DURING SENTENCING

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Court to allow the use of an animal-assisted therapy dog in the courtroom during Dennis Pollard's sentencing currently set for January beginning on January 4, 2022.

On October 22, 2021 the Defendant plead guilty to counts 2 – 6 of the Indictment which charge with attempted enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1), two counts of distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2) & (b)(1), and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2). Specifically, the Defendant is charged with communicating with adults and minors using Facebook messenger to attempt to have them produce child sexual abuse material.

At the time of his arrest, the defendant's daughter, Angie Pollard cooperated with law enforcement's investigation. Ms. Pollard has advised she would like to be present at the defendant's sentencing but has been struggling with the realization of her father's crimes. In an

effort to allow her stability and confidence to provide a statement to the Court at sentencing, the government would request permission to allow Ms. Pollard to attend court with the use of a Palm Beach County Sheriff's Office Certified Therapy Dog.

Numerous courts across the country have authorized the use of therapy dogs in trials and other hearings. *People v. Johnson*, 2016 Mich. App. Lexis 781, *10, n.2 (April 19, 2016) (citing with approval other jurisdictions to allow the use of a canine support animal to accompany witnesses at trial).

In *People v. Tohom,* 109 A.D.3d 253, 969 N.Y.S.2d 123 (2013), a state appellate court in New York ruled:

> '[Dogs] are such agreeable friends—they ask no questions, they pass no criticisms'(George Eliot, Scenes of Clerical Life [1857]), but do they belong in the courtroom?On this appeal, we examine the question of whether the courts of this state should permit the presence of a therapeutic "comfort dog" in a trial setting when the courtdetermines that the animal may provide emotional support for a testifying crime victim. We conclude that this question should be answered in the affirmative.

109 A.D.3d at 255. In *Tohom,* the trial court found that a 15-year-old victim's testimony was likely to cause her severe stress, and allowed a therapy dog to accompany her during her testimony. *Id,* 109 A.D.3d at 269.  In *State v. Jacobs*, 2015 WL 6180908 (2015), the Ohio Court of Appeals upheld the trial court's decision to allow a 17-year-old (aged 11-15 at time of the crimes) to have a therapy dog sit at her feet while she testified.

Research shows that human-animal interactions can have both psychological and physiological benefits. "Such studies have shown that the mere presence of a friendly animal can result in decreased anxiety and lessened sympathetic nervous systems arousal. Benefits include reduced blood pressure, lowered heart rate, a decrease in depression, increased speech and memory functions, and heightened mental clarity." *Canines in the Courtroom*, GPSolo, July/August 2009,

at 54. Indeed, it is well accepted in medical and academic fields that a friendly dog can decrease anxiety and sympathetic nervous system arousal by providing a pleasant external focus for attention, promoting feelings of safety and providing a source of comfort. Allen, Karen. "Are Pets a Healthy Pleasure? The influence of pets on blood pressure." *Current Directions in Psychological Science* 12 (2003): 236-39. Nagengast, Sunny L., Mara M. Baun, Mary Megel, and J.M. Leibowitz. "The effects of the presence of a companion animal on physiological arousal and behavioral distress in children during a physical examination." *Journal of Pediatric Nursing* 12 (1997): 323-30.

Courthouses and child advocacy centers across the country use therapy dog programs to provide victims, most frequently children, emotional support through trial. *Id.* at 54-56. Frequently, this means the therapy dog accompanies the child on the stand during testimony. *Id.*; *see also Spence v. Beard*, 2015 WL 1956436, at *5 (S.D. Cal. Apr. 29, 2015) (therapy dog sat at child's feet and behind the stand during the prosecution's case-in-chief).

Here, although not a victim in the case, Pollard's daughter has been struggled tremendously since her father's arrest and speaking to the Court about her father, the man who has plead guilty attempted to solicit child pornography will be an extremely stressful event for her. As such, Ms. Pollard could use the emotional and physiological benefits that interactions with an animal-assisted therapy dog could provide. The use of a service dog will assist her by helping to decreasehis anxiety about seeing the defendant in court. When Ms. Pollard testifies, her statements will be easier to understand if she is composed, rather than distraught.

The United States requests that the Court permit a support dog to accompany Ms. Pollard into the courtroom to sit beside her at the witness stand during her statement at the defendant's sentencing. The United States contacted Michael Witkoski, Supervisory Deputy United States

Marshal for the United States Marshals Service (USMS), who said that USMS had no objection to the United States' request for an animal-assisted therapy dog to be present in the courthouse during Dennis Pollard's sentencing, if it was ordered by the Court.

Accordingly, the United States respectfully requests that this motion be granted and that the Court allow the use of an animal-assisted therapy dog in the courtroom during Dennis Pollard sentencing hearing.

The undersigned has communicated this request with Assistant Federal Public Defender Scott Berry, who does not object to the request.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No.
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record.

                                               s/*Gregory Schiller*
                                               Gregory Schiller
                                               Assistant United States Attorney